```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

AMANDA REED,                  )
                              )
    Plaintiff,                )    Civil No. 3:16-CV-822
                              )
V.                            )
                              )
NANCY A. BERRYHILL[1], Acting )    **JUDGMENT**
Commissioner of Social Security, )
                              )
    Defendant.                )

                              ****

In accordance with the Memorandum Opinion and Order entered contemporaneously herewith, **IT IS HEREBY ORDERED:**

(1) Judgment is entered in favor of Nancy A. Berryhill, Acting Commissioner of Social Security;

(2) That this action shall be and the same hereby is **DISMISSED AND STRICKEN FROM THE COURT'S ACTIVE DOCKET;**

(3) That all pending motions shall be and the same hereby are **DENIED AS MOOT;**

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

(4) That all scheduled proceedings shall be and the same hereby are **CONTINUED GENERALLY**; and

(5) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This the 25th day of January, 2018.

Signed By:
*Joseph M. Hood*
Senior U.S. District Judge